FILE COPY

No. 07-19-00347-CR

| | | |
|---|---|---|
| D'Andre Jamarious Hayward<br>  Appellant | § | From the 54th District Court<br>  of McLennan County |
| | § | |
| v. | | December 31, 2019 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Chief Justice Quinn |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 31, 2019, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o